UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

PEYMAN ALAGHBAND,

Plaintiff,

-against-

SLM CORPORATION, SALLIE MAE BANK,
EXPERIAN INFORMATION SOLUTIONS, INC.,
AND EQUIFAX INFORMATION SERVICES LLC,

Defendants.

Case No. 1:25-cv-5963-TAM

## DEFENDANT SLM CORPORATION'S STATEMENT PURSUANT TO FRCP 7.1

Pursuant to Rule 7.1 of the Federal Rules of Civil Procedure, Defendant SLM Corporation

makes the following disclosure:

1.     SLM Corporation is a publicly traded company.

2.     No other publicly held company owns 10% or more of SLM Corporation's stock.

Dated:  New York, New York
        November 7, 2025

                                   **HINSHAW & CULBERTSON LLP**
                                   *Attorneys for Plaintiff*

                                   By:   */s/ Mariam G. Chubinidze*
                                         Mariam G. Chubinidze, Esq.
                                   800 Third Avenue, 13th Floor
                                   New York, New York 10022
                                   (212) 655-3892
                                   mchubinidze@hinshawlaw.com

93051\326883692.v2

## <u>CERTIFICATE OF SERVICE</u>

The undersigned hereby certifies that on November 7, 2025 a copy of the foregoing was electronically filed with the Clerk of the Court by using the CM/ECF system, causing it to be served on all parties.

Dated:  New York, New York
November 7, 2025

**HINSHAW & CULBERTSON LLP**
*Attorneys for Defendants SLM Corporation
and Sallie Mae Bank*

*/s/ Mariam Chubinidze*
Mariam Chubinidze, Esq.
800 Third Avenue, 13th Floor
New York, New York 10022
Phone: (212) 655-3892
E-mail: mchubinidze@hinshawlaw.com

2

93051\326883692.v2